**DISMISS and Opinion Filed July 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00586-CV**

**IN THE INTEREST OF A.W. AND E.W., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-04255**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

On June 12, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the complained-of judgment is not final or otherwise appealable. We directed appellant to file a letter brief addressing our jurisdictional concern no later than June 24, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240586F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.W. AND
E.W., CHILDREN

No. 05-24-00586-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-15-04255.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 17, 2024